UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| GLEN PLOURDE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL NO. 1:23-cv-00323-JAW |
| | ) |
| EDWIN LEWIS, et al. | ) |
| | ) |
| Defendant(s), | ) |

JUDGMENT OF DISMISSAL

In accordance with the Order Affirming in Part and Rejecting in Part Recommended Decision on September 24, 2025 and Order granting Motions to Dismiss on October 1, 2025, entered by U.S. District Judge John A. Woodcock, Jr., JUDGMENT of Dismissal With Prejudice is hereby entered.

ERIC M. STORMS
ACTING CLERK

By: /s/ Joanne McCue
Deputy Clerk

Dated: October 1, 2025